IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DWAYNE K. TARPLEY, ) | |
| ) | Case No. 4:07CV00030 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| C. L. EIKOST, P. K. STANLEY, et al. ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

Before me now is the Motion to Dismiss Defendants M. Lee Stillwell and Phillip K. Stanley under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. For the reasons stated in the accompanying Memorandum Opinion, the Defendant's Motion to Dismiss is **GRANTED**.

The Clerk is directed to send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record.

ENTERED this 24th day of August, 2007.

s/Jackson L. Kiser
Senior United States District Judge

1