IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DWAYNE K. TARPLEY, | ) | |
| | ) | Case No. 4:07CV00030 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| C.L. EIKOST, et al., | ) | |
| | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |
| | ) | |

Before me are (1) the Motion to Dismiss of Defendant Robert Adams; (2) the Motion to

Dismiss of Defendants C.L. Eikost and Nicole Slover; (3) Plaintiff Tarpley's Motion to Strike;

and (4) Plaintiff's Motion for Default Judgment. For the reasons stated in the accompanying

Memorandum Opinion, I hereby **GRANT** the Motions to Dismiss and **DENY** the Plaintiff's

several motions.

The Clerk is directed to send a copy of this Order and accompanying Memorandum

Opinion to all counsel of record. The Clerk is further directed to strike this matter from the

Court's docket.

Entered this 10th day of October, 2007.

s/Jackson L. Kiser
Senior United States District Judge

1